No. 536. MOUNT VERNON CAR MANUFACTURING COMPANY v. PRESSED STEEL MANUFACTURING COMPANY ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry Love Clarke* for petitioner. *Mr. George T. Buckingham* and *Mr. George L. Wilkinson* for respondents.

---

No. 537. O. H. CHRISP v. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. Error to the Supreme Court of the State of Arkansas. October 22, 1923. Petition for a writ of certiorari herein denied. *Mr. Leslie C. Garnett*, for plaintiff in error, in support of the petition. No brief filed for defendant in error.

---

No. 538. WILLIAM JORING ET AL. v. WILLIAM LESLIE HARRISS ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George B. Hayes* for petitioners. *Mr Martin W. Littleton, Mr. Charles E. Hughes, Jr.,* and *Mr. Otis B. Kent* for respondents.

---

No. 541. MARIE DOVE WILLIAMSON v. SEABOARD AIR LINE RAILWAY COMPANY. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of Virginia denied. *Mr. Edward P. Buford* for petitioner. No appearance for respondent.

---

No. 543. FRANK TRUEBA v. UNITED STATES. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert Ash* for petitioner. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Crim* for the United States.